# United States District Court
# Violation Notice

CVB Location Code: NH70

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F0V0000W | Vetter | 2682 |

F0V0000W

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 08/09/2026 14:18 | FED 36CFR261.58J |

Place of Offense
Route 49, pull near upper mad river road

Offense Description: Factual Basis for Charge
Being publicly nude

HAZMAT ☐

## DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Cocchiarella | Frank | L |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| | ☐ | | |

☐ Adult ☐ Juvenile | Sex ☐ M ☐ F | Race | Hair | Eyes | Height | Weight

## VEHICLE

VIN: CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | | | / | ☐ | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 100.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| PAY THIS AMOUNT $ 130.00 | Total Collateral Due |

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address
55 Pleasant ST #110, Concord, New Hampshire 03301

Date (mm/dd/yyyy)

Time (hh:mm)
10:30

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete Original - CVB Copy FS-5300-4 (7/05)

F0V0000W

# STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 08/09/2026 while exercising my duties as a law enforcement officer in the ______________ District of NH

Pursuant to 16USC 551: On August 9th, 2026, while exercising my duties as a Law Enforcement Officer, I (U.S. Forest Service Law Enforcement Officer Garrett Vetter #2682) was on uniformed patrol (with USFS LEO Scott Howlett #2248) in a marked United States Forest Service Law Enforcement Vehicle, within the boundaries of the White Mountain National Forest, Pemigewasset Ranger District, Grafton County, in the District of New Hampshire.

At approximately 1410HRS I was on foot patrol walking along the mad river near the intersection of route 49 and upper mad river road. As I was walking the riverbank, I observed a white male individual laying on a rock that was exposed out of the water. The white male was completely naked wearing no clothes. I then contacted the naked white male who I later identified as Frank L. COCCHIARELLA via New Hampshire Drivers License. I asked COCCHIARELLA why he was naked, and he stated that had been swimming. I informed COCCHIARELLA that being publicly nude is prohibited on the White Mountain National Forest. I also informed him he is in a spot that's nearly visible from the highway and an area that is frequented by families and children.

COCCHIARELLA was issued a violation notice for 36 CFR 261.58(j) – Being publicly nude.

The violation notice was handed to COCCHIARELLA and I explained to him how he could take care of it.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/09/2026 ______________________________

Date (mm/dd/yyyy) Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident